# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ALICE F.

V.

HEALTH CARE SERVICE CORPORATION,
d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS

CASE NUMBER: 17-cv-3710

ASSIGNED JUDGE: John Z. Lee

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: (Name and address of Defendant)

Health Care Service Corporation
d/b/a Blue Cross Blue Shield of Illinois
300 E. Randolph St.
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. DeBofsky
DeBofsky, Sherman & Casciari, P.C.
200 West Madison, Suite 2670
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

May 17, 2017

DATE

Affidavit of Lic. Private Detective

# UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS
Case Number 17-cv-3710

ALICE F.

v.

**HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS**

I, William Vincent

deposes and says that he/she is either a licensed and/or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN — SUMMONS AND COMPLAINT; EXHIBIT A
ON THE WITHIN NAMED DEFENDANT — HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS
PERSON SERVED — Melissa LeFlore - Authorized
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT — 5/22/2017

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | BLACK | **Age** | 40s |
| **Height** | 5'6" | **Build** | AVERAGE | **Hair** | BLACK |

LOCATION OF SERVICE: 300 E Randolph St, Chicago, Illinois 60601

Date Of Service: 5/22/2017
Time: 9:25 AM

William Vincent — 5/22/2017
Lic. Private Detective — 115.000423

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

William Vincent — 5/22/2017

*6472A*

Law Firm ID: **DEBOFSKY & ASSOCIATES, P.C.**    Firm #    Case Return Date: 05/31/2017