UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE F., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 17-cv-3710 |
| | ) |
| HEALTH CARE SERVICE | ) |
| CORPORATION, d/b/a BLUE CROSS | ) |
| BLUE SHIELD OF ILLINOIS, | ) |
| | ) |
|     Defendant. | ) |

## HEALTH CARE SERVICE CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Health Care Service Corporation states that it is an Illinois Mutual Legal Reserve Company, and it has no parent corporation and no publically held owners.

Dated: July 12, 2017

                                                                                                 Respectfully submitted,

                                                                                                 /s/ *Rebecca R. Hanson*
                                                                                                 Martin J. Bishop, No. 6269425
                                                                                                 Rebecca R. Hanson, No. 6289672
                                                                                                 Alexandra Lucas, No. 6313385
                                                                                                 Reed Smith LLP
                                                                                                 10 South Wacker Drive, 40th Floor
                                                                                                 Chicago, Illinois 60606
                                                                                                 Voice: 312.207.1000
                                                                                                 Fax: 312.207.6400
                                                                                                 Email: mbishop@reedsmith.com
                                                                                                 Email: rhanson@reedsmith.com
                                                                                                 Email: alucas@reedsmith.com

                                                                                                 *Counsel for Defendant Health*
                                                                                                 *Care Service Corporation*

## CERTIFICATE OF SERVICE

I, Rebecca R. Hanson, an attorney, certify that on July 12, 2017, I caused a true and correct copy of the foregoing document to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

/s/ *Rebecca R. Hanson*