UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE F., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 17-cv-3710 ) |
| HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, | ) Judge John Z. Lee ) Magistrate Judge Sidney I. Schenkier ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiff, ALICE F. ("Plaintiff"), by her attorneys, MARK D. DEBOFSKY, MARIE E. CASCIARI, and DEBOFSKY, SHERMAN & CASCIARI, P.C, and hereby moves for the entry of judgment in her favor and against the defendant, HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS ("Defendant"), pursuant to Fed. R. Civ. P. 52, as well as this Court's April 19 and June 11, 2018 minute entries (Docs. 36 & 39), on the ground that the preponderance of the evidence favors the entry of judgment in Plaintiff's favor in this case for healthcare benefits under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(a)(1)(B)). In support thereof, Plaintiff concurrently submits a separate Statement of Facts and Memorandum of Law.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant, order Defendant to reimburse her for all wrongfully denied healthcare expenses, and award her attorneys' fees and costs pursuant to ERISA § 502(g) (29 U.S.C. § 1132(g)).

Dated: June 28, 2018                                   Respectfully Submitted,

                                                       /s/ Mark D. DeBofsky
                                                       /s/ Marie E. Casciari
                                                       _____

                                                       Mark D. DeBofsky
                                                       Marie E. Casciari
                                                       Attorneys for Plaintiff
                                                       Alice F.

Mark D. DeBofsky
Marie E. Casciari
DeBofsky, Sherman & Casciari, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
Email mdebofsky@debofsky.com; mcasciari@debofsky.com

# CERTIFICATE OF SERVICE

TO: Martin J. Bishop
      Rebecca R. Hanson
      Alexandra M. Lucas
      Reed Smith LLP
      10 South Wacker Drive, 40th Floor
      Chicago, Illinois 60606
      Email mbishop@reedsmith.com; rhanson@reedsmith.com; alucas@reedsmith.com

The undersigned attorney hereby certifies that on June 28, 2018, she electronically filed the foregoing PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above-named attorneys.

                                                                  /s/ Marie E. Casciari

                                                                  Marie E. Casciari
                                                                  One of the Attorneys for Plaintiff
                                                                  Alice F.

Mark D. DeBofsky
Marie E. Casciari
DeBofsky, Sherman & Casciari, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
Email: mdebofsky@debofsky.com; mcasciari@debofsky.com