# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Alice F.,

Plaintiff(s),

v.

Health Care Service Corporation,

Defendant(s).

Case No. 17-cv-3710
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Alice F.
and against defendant(s) Health Care Service Corporation
in the amount of $45,603.97 ,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion for judgment pursuant to Rule 52.

Date: 6/17/2019                    Thomas G. Bruton, Clerk of Court

                                   Carmen Acevedo, Deputy Clerk