UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE F., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 17-cv-3710 |
| ) | |
| HEALTH CARE SERVICE ) | Judge John Z. Lee |
| CORPORATION, d/b/a ) | Magistrate Judge Sidney I. Schenkier |
| BLUE CROSS BLUE SHIELD OF ) | |
| ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Plaintiff, ALICE F. ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Seventh Circuit from that portion of a final judgment issued and entered by the United States District Court for the Northern District of Illinois on June 17, 2019 (Doc. 101) denying Plaintiff's claim for attorneys' fees under § 502(g) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(g)). See also, Docs. 77 & 100.

Date: July 17, 2019

Respectfully Submitted,

/s/ Mark D. DeBofsky

———————————————
Mark D. DeBofsky
One of the Attorneys for Plaintiff
Alice F.

Mark D. DeBofsky
Marie E. Casciari
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Telephone: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com; mcasciari@debofsky.com; mmaloney@debofsky.com

1

# CERTIFICATE OF SERVICE

TO:  Martin J. Bishop
       Rebecca R. Hanson
       Alexandra M. Lucas
       Timothy Robert Carwinski
       Reed Smith LLP
       10 South Wacker Drive, 40th Floor
       Chicago, Illinois 60606
       Email: mbishop@reedsmith.com; rhanson@reedsmith.com; alucas@reedsmith.com; tcarwinski@reedsmith.com

The undersigned attorney hereby certifies that on July 17, 2019, she electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above-named attorneys.

                                      /s/ Mark D. DeBofsky

                                      Mark D. DeBofsky
                                      One of the Attorneys for Plaintiff
                                      Alice F.

Mark D. DeBofsky
Marie E. Casciari
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Telephone: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com; mcasciari@debofsky.com; mmaloney@debofsky.com