UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE F., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 17-cv-3710 |
| ) | |
| HEALTH CARE SERVICE ) | Judge John Z. Lee |
| CORPORATION, d/b/a ) | Magistrate Judge Sidney I. Schenkier |
| BLUE CROSS BLUE SHIELD OF ) | |
| ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT

Plaintiff, ALICE F. ("Plaintiff"), by her undersigned attorneys, states as follows:

All matters specified in the Judgment entered on June 17, 2019 (Doc. 101), including payment of benefits, prejudgment interest, and costs, have been paid and satisfied.

However, Plaintiff is presently appealing from separate orders issued by the Court denying her request for attorneys' fees under § 502(g) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(g)) (Doc. 77, 100), so a final dismissal of this action with prejudice is not yet appropriate.

Date: July 23, 2019

Respectfully Submitted,

/s/ Mark D. DeBofsky

_____
Mark D. DeBofsky
One of the Attorneys for Plaintiff
Alice F.

Mark D. DeBofsky
Marie E. Casciari
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606

Telephone: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com; mcasciari@debofsky.com; mmaloney@debofsky.com

## **CERTIFICATE OF SERVICE**

TO: Martin J. Bishop
       Rebecca R. Hanson
       Alexandra M. Lucas
       Timothy Robert Carwinski
       Reed Smith LLP
       10 South Wacker Drive, 40th Floor
       Chicago, Illinois 60606
       Email: mbishop@reedsmith.com; rhanson@reedsmith.com; alucas@reedsmith.com; tcarwinski@reedsmith.com

The undersigned attorney hereby certifies that on July 23, 2019, he electronically filed the foregoing SATISFACTION OF JUDGMENT with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above-named attorneys.

                                      /s/ Mark D. DeBofsky

                                      Mark D. DeBofsky
                                      One of the Attorneys for Plaintiff
                                      Alice F.

Mark D. DeBofsky
Marie E. Casciari
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Telephone: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com; mcasciari@debofsky.com; mmaloney@debofsky.com