# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

December 16, 2019

*By the Court:*

| No. 19-2368 | ALICE F.,<br>Plaintiff - Appellant<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, doing business as Blue Cross Blue Shield of Illinois,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:17-cv-03710<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee | |

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL**, filed on December 16, 2019, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).